UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TERESA TRINH,<br><br>          Petitioner. | Case No.  14-80337-MISC MEJ<br><br>**ORDER TO SHOW CAUSE AS TO WHY REQUEST FOR ORDER TO MODIFY BIRTHDATE SHOULD NOT BE GRANTED** |

On December 10, 2014, Petitioner Teresa Trinh filed a Motion to Amend Naturalization Certificate.  Trinh moves to correct the year of birth on her Naturalization Certificate, from 1966 to 1964.  The United States Customs and Immigration Service ("USCIS") is HEREBY ORDERED TO SHOW CAUSE as to why the Petition should not be granted.  USCIS's response to this Order to Show Cause shall be due by no later than January 15, 2015.  Petitioner may file a reply by no later than January 22, 2015.  It is FURTHER ORDERED that Trinh shall serve a copy of this Order on USCIS by no later than December 23, 2014, and shall file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: December 15, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge